**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 10-cr-00020-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FLOYD BOX, JR.,

    Defendant.

---

**ORDER RESETTING TRIAL DATES AND DEADLINES**

---

    Pursuant to a telephone conference between counsel and Chambers staff, it is ORDERED that the one-hour hearing on all pending non-evidentiary motions, if any, and Final Trial Preparation Conference is RESET for **April 23, 2010 at 9:00 a.m.**, in Courtroom A602 of the Arraj Courthouse.  If counsel believe evidentiary motions are necessary, a separate hearing date should be requested by motion.  It is

    FURTHER ORDERED that the five-day jury trial is RESET for **May 10, 2010 at 9:00 a.m.**, in Courtroom A602.

    As previously ORDERED, all pretrial motions shall be filed by **March 26, 2010** and responses to these motions shall be filed by **April 9, 2010**.

    DATED:  January   22  , 2010

                                        BY THE COURT:

                                        _____
                                        CHRISTINE M. ARGUELLO
                                        United States District Judge