**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 10-cr-00020-CMA

UNITED STATES OF AMERICA,

     Plaintiff,

v.

FLOYD BOX, JR.,

     Defendant.

---

### ORDER VACATING TRIAL DATES AND SETTING CHANGE OF PLEA HEARING

---

Pursuant to the telephone conference between counsel and Chambers staff, and in response to the Notice of Disposition (Doc. # 38) filed on behalf of Defendant Box, a Change of Plea hearing is set for **May 27, 2010 at 1:30 p.m.** in Courtroom A602 of the Arraj Courthouse**.**  Counsel for the parties shall deliver courtesy copies of the "Statement by Defendant In Advance of Change of Plea" and the "Plea Agreement" separately to Judge Arguello's chambers and to the Probation Department no later than **noon on May 20, 2010**.  <u>If these documents are not timely submitted, the hearing will be vacated.  There will be no exceptions to this policy</u>.  The original and one copy of these documents should be delivered to the courtroom deputy in the courtroom at the time of the hearing (*see* D.C.COLO.LCrR 11.1F).

IT IS FURTHER ORDERED that the Final Trial Preparation Conference on April 23, 2010 and the five-day jury trial, set to commence May 10, 2010, are VACATED.

DATED: April __16__, 2010

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge